C 01.   FILE    DEPT. CLOCK NUMBER
SBINC  5265 10321 92345      006134265 0

**Earnings Statement**

Period ending:   03/16/2019
Pay date:        03/22/2019

Native Products Inc
12600 Deerfield Parkway Suite 100
Alpharetta Georgia 30004

Taxable  Marital  Status: 2
Exemptions/Allowances:

Federal: 3, $25 Additional Tax
State: 2
Local: 1

Igwe Emmanuel
2005 Walnut Creek Xing
Alpharetta GA 30005

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1340.5 | 80.00 | 1,340.50 | 13,285.80 |
| Overtime | | 0.00 | 0.00 | 0.00 |
| Bonus | -- | -- | 0.00 | 0.00 |
| Ltdtx | -- | -- | 6.80 | 46.80 |
| | | -- | 0.00 | 0.00 |
| Commission | -- | -- | 0.00 | 0.00 |
| **Gross Pay** | | | **$1,347.30** | **13,332.60** |

**Important Notes**
EFFECTIVE THIS PAY PERIOD - REGULAR

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | - 68.43 | 1,762.64 |
| | Social Security Tax | - 77.65 | 1,023.64 |
| | Medicare Tax | - 18.16 | 239.40 |
| | State Income Tax | - 58.15 | 798.83 |
| | Local Tax / SDI | - 0.00 | 0.00 |
| | Other | | |
| | 401(k) | | |
| | Medical | | |
| | Dental | | |
| | Total Deductions | -222.39 | -3,824.51 |
| | **Net Pay** | **$1,124.91** | 9,508.09 |

* Excluded from federal taxable wages

Native Products Inc
12600 Deerfield Parkway Suite 100
Alpharetta 30004

Payroll check #:  006134265    3 2 7 2 8 3 1 0 E
Pay date:         03/22/2019

Pay to the order of:   **Emmanuel Igwe**

This amount:   One thousand one hundred twenty four dollars and ninety one cents                $1,124.91

VOID VOID VOID                                     AUTHORIZED SIGNATURE
                                                   VOID AFTER 90 DAYS

## DIRECT DEPOSIT - DO NOT CASH - THIS IS NOT A CHECK

DO NOT CASH
RECORD ONLY

⬛ 001379 1220004964040110157